**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6503**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JERRY LYNN MACKEY, a/k/a Jabbo,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.  (7:01-cr-00105-sgw-1)

Submitted:  July 22, 2008                Decided:  July 25, 2008

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerry Lynn Mackey, Appellant Pro Se. Sharon Burnham, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Lynn Mackey appeals the district court's order denying his motion under 18 U.S.C. § 3582(c)(2) (2000) for a reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Mackey</u>, No. 7:01-cr-00105-sgw-1 (W.D. Va. Mar. 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>